UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIG. | No. 1:14-md-02548-VEC<br><br>MOTION TO WITHDRAW APPEARANCE OF ATTORNEY BONNY E. SWEENEY |

Plaintiff Alaska Electrical Pension Fund ("Plaintiff") moves the Court pursuant to Local Civil Rule 1.4 for leave to withdraw the appearance of Bonny E. Sweeney as counsel in the above-captioned matter. This motion is precipitated by Ms. Sweeney's departure from the law firm Robbins Geller Rudman & Dowd LLP. Robbins Geller Rudman & Dowd LLP will continue to appear on behalf of Plaintiff and no delay in the progress of this action will result from the withdrawal of Ms. Sweeney.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting its motion to withdraw the appearance of Ms. Sweeney as counsel.

DATED:  January 29, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O'MARA
RANDI D. BANDMAN
LONNIE A. BROWNE

s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2015.

                                             s/ David W. Mitchell
                                             DAVID W. MITCHELL

                                             ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
                                             655 West Broadway, Suite 1900
                                             San Diego, CA 92101-8498
                                             Telephone: 619/231-1058
                                             619/231-7423 (fax)

                                             E-mail:        davidm@rgrdlaw.com

## Mailing Information for a Case 1:14-md-02548-VEC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeremy Daniel Andersen**
  jeremyandersen@quinnemanuel.com

- **Ronald Judah Aranoff**
  aranoff@bernlieb.com,tmaloney@bernlieb.com,ecf@bernlieb.com

- **Gregory Keith Arenson**
  garenson@kaplanfox.com

- **Gregory Scott Asciolla**
  gasciolla@labaton.com,ElectronicCaseFiling@labaton.com,lmehringer@labaton.com,sredman@labaton.com

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Randi Dawn Bandman**
  randib@rgrdlaw.com

- **Peter Anthony Barile , III**
  pbarile@gelaw.com

- **Eric James Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Adam C. Belsky**
  adam@gba-law.com

- **Roger Joel Bernstein**
  rbernstein@rjblaw.com

- **Stanley D Bernstein**
  bernstein@bernlieb.com

- **Joseph J Bial**
  joseph.bial@cwt.com,nyecfnotice@cwt.com

- **Vincent Briganti**
  vbriganti@lowey.com

- **Daniel Lawrence Brockett**
  danbrockett@quinnemanuel.com,tobyfutter@quinnemanuel.com

- **Richard B. Brualdi**
  rbrualdi@brualdilawfirm.com

- **Louis Fox Burke**
  lburke@lfblaw.com

- **Thomas H. Burt**
  burt@whafh.com

- **Zachary D. Caplan**
  zcaplan@bm.net

- **Brett H Cebulash**
  bcebulash@tcllaw.com

- **Solomon B. Cera**
  scera@gbcslaw.com,keg@gbcslaw.com,cdirksen@gbcslaw.com,pmarkert@gbcslaw.com,lakessler@gbcslaw.com

- **Bryan Lee Clobes**
  bclobes@caffertyclobes.com,ktucker@caffertyclobes.com

- **Timothy Joseph Coleman**
  tim.coleman@freshfields.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Daniel Paul Cunningham**
  danielcunningham@quinnemanuel.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com

- **Merrill G Davidoff**
  mdavidoff@bm.net,sleo@bm.net

- **Joseph J. DePalma**
  jdepalma@litedepalma.com,alee@litedepalma.com,scruzhodge@litedepalma.com

- **Michael Dell'Angelo**
  mdellangelo@bm.net,rwalton@bm.net,chiho@bm.net

- **Charles Andrew Dirksen**
  cdirksen@gbcslaw.com

- **Lauren Ilene Dubick**
  ldubick@kaplanfox.com

- **Megan O'Hara Easley**
  measley@susmangodfrey.com,mritter@susmangodfrey.com

- **Stephen Ehrenberg**
  ehrenbergs@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com

- **Anthony F. Fata**
  afata@caffertyclobes.com,docket@caffertyclobes.com,snyland@caffertyclobes.com

- **Michael Svetkey Feldberg**
  michael.feldberg@newyork.allenovery.com,kurt.vellek@newyork.allenovery.com,laesha.smith@allenovery.com

- **Todd Steven Fishman**
  todd.fishman@newyork.allenovery.com,kurt.vellek@allenovery.com

- **Gary B. Friedman**
  gfriedman@flgllp.com,garybfriedman@att.net

- **Leah Friedman**
  leah.friedman@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- **Matthew James Galvin**
  matthew.galvin@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- **Raymond Peter Girnys**
  rgirnys@lowey.com

- **Jayne Arnold Goldstein**
  jagoldstein@pomlaw.com

- **David A Goodwin**
  dgoodwin@gustafsongluek.com

- **Marc Joel Gottridge**
  marc.gottridge@hoganlovells.com,arona.samb@hoganlovells.com,nymanagingclerk@hoganlovells.com,garima.malhotra@hoganlovells.com

- **Miles Greaves**
  mgreaves@tcllaw.com

- **Terry Gross**
  terry@gba-law.com

- **Brian C. Gudmundson**
  brian.gudmundson@zimmreed.com,leslie.harms@zimmreed.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Paul J. Hanly , Jr**
  phanly@simmonsfirm.com,abierstein@hanlyconroy.com,jlucena@simmonsfirm.com

- **David Charles Harrison**
  dharrison@lowey.com

- **Barbara J. Hart**
  bhart@lowey.com

- **Jay L. Himes**
  jhimes@labaton.com,jay.himes@gmail.com,electroniccasefiling@labaton.com

- **Geoffrey Milbank Horn**
  ghorn@lowey.com

- **Daniel Hume**
  dhume@kmllp.com,obraun@kmllp.com,dkovel@kmllp.com

- **Peter Joseph Isajiw**
  peter.isajiw@cwt.com,trevor.wilson@cwt.com,nyecfnotice@cwt.com,jared.stanisci@cwt.com,ryan.andreoli@cwt.com

- **Fred Taylor Isquith**
  fisquith@lshllp.com

- **Frederick Taylor Isquith , Sr**
  isquith@whafh.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Richard J. Kilsheimer**
  rkilsheimer@kaplanfox.com

- **Tracey Kitzman**
  tkitzman@flgllp.com

- **David E Kovel**
  dkovel@kmllp.com,vtatisheva@kmllp.com

- **Michael Lacovara**
  michael.lacovara@freshfields.com,suzanne.alenick@freshfields.com

- **Kevin Sylvan Landau**
  klandau@tcllaw.com

- **Beth Alexandra Landes**
  landes@whafh.com

- **Jonathan K. Levine**
  jkl@pritzkerlevine.com

- **Jason Mathew Leviton**
  jason@blockesq.com

- **Lester L. Levy , Sr**
  llevy@wolfpopper.com,cdunleavy@wolfpopper.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Christopher Lovell**
  clovell@lshllp.com,lshscanner@lshllp.com

- **Matthew Powers McCahill**
  mmccahill@kaplanfox.com

- **Dylan J. McFarland**
  dmcfarland@heinsmills.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com

- **Gregory G Mocek**
  gregory.mocek@cwt.com,nyecfnotice@cwt.com

- **Brian Philip Murray**
  bmurray@glancylaw.com

- **Gregory Mark Nespole**
  nespole@whafh.com

- **Linda P. Nussbaum**
  lnussbaum@gelaw.com,sschwaiger@gelaw.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steig Olson**
  steigolson@quinnemanuel.com,justinreinheimer@quinnemanuel.com,calendar@quinnemanuel.com

- **Scott Vincent Papp**
  spapp@lowey.com

- **Matthew Joseph Perez**
  mperez@labaton.com,lmehringer@labaton.com,sredman@labaton.com

- **Elizabeth Cheryl Pritzker**
  ecp@pritzkerlevine.com,jkl@pritzkerlevine.com

- **Fei-Lu Qian**
  fqian@wolfpopper.com

- **Shawn J. Rabin**
  srabin@susmangodfrey.com,mritter@susmangodfrey.com

- **Amy Wilkie Ray**
  amy.ray@cwt.com,nyecfnotice@cwt.com,alexandria.kim@cwt.com,Joseph.Bial@cwt.com,dean.shaffer@cwt.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Charles F. Rule**
  rick.rule@cwt.com,nyecfnotice@cwt.com

- **Geoffrey Conrad Rushing**
  grushing@saveri.com

- **James Joseph Sabella**
  jsabella@gelaw.com,pkrakowski@gelaw.com,cnevers@gelaw.com,cmackintosh@gelaw.com

- **Guido Saveri**
  guido@saveri.com

- **Vincent Michael Serra**
  vserra@rgrdlaw.com

- **Dana Statsky Smith**
  dsmith@bernlieb.com

- **Peter D. St. Phillip , Jr**
  pstphillip@lowey.com

- **Renae Diane Steiner**
  rsteiner@heinsmills.com

- **Michael Walter Stocker**
  mstocker@labaton.com,electroniccasefiling@labaton.com

- **Whitney Erin Street**
  wstreet@blockesq.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Denae Marie Thomas**
  denae.thomas@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Dennis H. Tracey , III**
  dennis.tracey@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Shiho Yamamoto**
  sy@pritzkerlevine.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

- **Michelle C. Zolnoski**
  zolnoski@bernlieb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Monique            Alonso
Gross & Belsky LLP
180 Montgomery Street, Ste 2200
San Francisco, CA 94104

Edward Derksen
,

R                  Alexander Saveri
Saveri and Saveri, Inc
706 Sansome Street
San Francisco, CA 94111

Susan              R. Schwaiger
Grant & Eisenhofer, PA.
485 Lexington Avenue
29th Floor
New York, NY 10017
```