USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE:

COMMODITY EXCHANGE, INC., GOLD
FUTURES AND OPTIONS TRADING
LITIGATION

*This Document Relates to All Actions*
------------------------------------------------------------ X

14-MD-2548 (VEC)
14-MC-2548 (VEC)

**ORDER NO. 5**

VALERIE CAPRONI, United States District Judge:

WHEREAS on April, 30, 2015, Defendants The Bank of Nova Scotia, Barclays Bank plc, Deutsche Bank AG, HSBC Bank plc, and Société Générale (collectively, the "Fixing Defendants") filed a Motion to Dismiss Plaintiffs' Second Consolidated Amended Class Action Complaint (Dkts. 73-74), which Plaintiffs have opposed (Dkt. 82); and

WHEREAS the Court finds that it would benefit from hearing oral argument on the Fixing Defendants' pending Motion to Dismiss;

IT IS HEREBY ORDERED that the parties shall appear for oral argument before the Court on Thursday, February 18, 2016 at 2:00 p.m. in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007. In advance of the hearing date, the Court may provide the parties with a list of questions or topics of particular interest.

**SO ORDERED.**

Date: **January 21, 2016**
    **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**